UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-24705

KATIUSKA RIBOT,

    Plaintiff,

v.

CROSSROADS MANAGEMENT LLC., a Limited
Liability Company, and CARRFOUR SUPPORTIVE
HOUSING, INC, a Florida Non-Profit Corporation,
COMMUNITY RESOURCE CONNECTIONS, INC.,
A Florida Non-Profit Corporation, and
STEPHANIE BERMAN, individually,
GLADYS ESTRADA, individually,
STEPHEN DANNER, individually,
TERESITA GARCIA, individually,
CAROL FINE, individually

    Defendants,
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice, and pursuant to the Settlement Agreement reached between the parties, and upon the full record, it is

**ORDERED AND ADJUDGED** that:

1. That the Settlement Agreement among the Parties is hereby APPROVED;

2. The above-styled action is hereby DISMISSED WITH PREJUDICE;

3. The Clerk shall deny any pending Motions as moot;

4. The Clerk shall close this case.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED**, in Chambers in Miami-Dade County, Florida this _____ day of April 2016.

_____
THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record